Corinne J. Lai, OSB #84267
Attorney at Law
520 SW 6th Avenue Suite 825
Portland, Oregon 97204
[503] 226-6945
clai@hevanet.com

Attorney for Roy Joe Salyer

FILED'05 MAY 09 15:27USDC-ORP

RECVD'05 MAY 06 13:17USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROY JOE SALYER, | Case No. 03-354-JE |
| Petitioner, | ORDER TO DISMISS |
| v. | |
| BRIAN BELLEQUE, | |
| Respondent. | |

This matter having come on before the Court, and the Court having been fully advised in the premises;

THEREFORE, IT IS ORDERED petitioner's Petition for Issuance of a Writ of Habeas Corpus is hereby dismissed as moot.

DATED this 6th day of May, 2005.

John Jelderks, U.S. Magistrate Judge

PAGE 1 - ORDER TO DISMISS